LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
Email: skumagai@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
DEPARTMENT STORES NATIONAL BANK

ANDERSON, OGILVIE & BREWER LLP
Mark F, Anderson (State Bar No. 044787)
Email: mark@oblawyers.com
600 California Street. 18th Floor
San Francisco, California 94108-2711
Telephone:   (415) 651-1951
Facsimile:   (415) 956-3233

Attorneys for Plaintiff
JAHANGIR JAMIL-PANAH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHANGIR JAMIL-PANAH,<br><br>        Plaintiff,<br><br>vs.<br><br>ONEWEST BANK, FSB; DEPARTMENT STORES NATIONAL BANK,<br><br>        Defendants. | Case No.  C12-00078 EDL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Jahangir Jamil-Panah ("Plaintiff") and Defendant Department Stores National Bank ("DSNB") through their designated counsel of record that the above-captioned action be and hereby is dismissed with prejudice solely against Defendant DSNB pursuant to FRCP 41(a)(1).

DATED: January 26, 2012        LAFAYETTE & KUMAGAI LLP

                                             /s/ Susan T. Kumagai
                                            SUSAN T. KUMAGAI
                                            Attorneys for Defendant
                                            DEPARTMENT STORES NATIONAL BANK

DATED: January 26, 2012        ANDERSON, OGILVIE & BREWER LLP

                                             /s/ Mark F. Anderson
                                            MARK F. ANDERSON
                                            Attorneys for Plaintiff
                                            JAHANGIR JAMIL-PANAH

On the above Stipulation filed in this action on January 26, 2012,

IT IS SO ORDERED.

Dated: January 31, 2012        _/s/ Elizabeth D. Laporte_____
                                            HONORABLE ELIZABETH D. LAPORTE
                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER (Case No. C12-00078 EDL)

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically January 27, 2012, on counsel of record in compliance with Federal rule 5, Local Rule 6.5 and General Order 45, by use of the Court's ECF system.

                                */s/ Susan T. Kumagai*
                                SUSAN T. KUMAGAI