IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHANGIR JAMIL-PANAH,<br><br>    Plaintiff,<br><br>    v.<br><br>ONEWEST BANK,<br><br>    Defendants.<br>_____/ | No. 12-00078 EDL<br><br>**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY** |

On April 10, 2012, Defendants' counsel filed a request to appear telephonically at the initial case management conference and motion hearing set for April 17, 2012 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: April 10, 2012

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge